UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>            Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Defendant. | Case No. 23-cv-05546-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed the complaint in this matter on October 27, 2023.  (Dkt. No. 1.)  Plaintiff has taken no further action since.  The Court has a full case load and does not have the time to manage this case for Plaintiff.  Plaintiff must prosecute this case diligently.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than January 26, 2024, why the Court should not issue a report and recommendation to a District Judge recommending that this case should be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff is admonished that if no response is filed by this deadline, the Court will issue the report and recommendation without further notice.

**IT IS SO ORDERED**.

Dated: January 9, 2024



SALLIE KIM
United States Magistrate Judge